# Court of Appeals
# of the State of Georgia

ATLANTA,____March 23, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0994.  BERTHA JACKSON v. COLFIN A1-GA 1, LLC.**

This appeal was docketed on January 28, 2015. On February 6, 2015, this Court granted Appellant's first motion for an extension of time to file a brief and enumeration of errors until March 4, 2015. On March 6, 2015, after expiration of the extended deadline, Appellant filed an untimely request for a second extension of time.

Appellant was required to file her motion for an extension of time to file a brief and enumeration of errors prior to the date the documents were due or risk having her appeal dismissed. Court of Appeals Rule 23 (a). Moreover, this Court finds no good cause for granting a further extension. Id. Accordingly, appellant's untimely motion for a second extension is DENIED and Case Number A15A0994 is hereby DISMISSED for Appellant's failure to file a brief and enumeration of errors in support of her appeal.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____03/23/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*